Joseph M. McMullen, Esq. (SBN 246757)
LAW OFFICES OF JOSEPH M. McMULLEN
501 W. Broadway, Suite 1510
San Diego, California 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264
E-Mail: joe@jmm-legal.com

Attorney for Plaintiff Wilmer Elias Mendoza Garcia

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMER ELIAS MENDOZA GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA.<br><br>　　　　Defendant. | Case No.  '22CV0184 BEN BGS<br><br>**COMPLAINT FOR DAMAGES AND DEMAND FOR BENCH TRIAL**<br><br>1.　Negligence (FTCA)<br>2.　Battery (FTCA) |

COMES NOW Plaintiff, WILMER ELIAS MENDOZA GARCIA (hereinafter referred to as "Mr. Mendoza " or "Plaintiff"), for causes of action against defendant UNITED STATES OF AMERICA ("United States"), and herein alleges, based on information and belief:

**JURISDICTION AND VENUE**

1.　This Complaint is for damages based on tort violations committed by employees of the United States acting under color of law and within the scope of their employment and in violation of the Fourth Amendment to the U.S. Constitution, the Federal Tort Claims Act, and California law.

2.　This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1346(b), because Plaintiff's claims arise under the Federal Tort Claims Act, 28 U.S.C. §

2671 *et seq.*, involving violations of California tort law.

3. Plaintiff exhausted the administrative remedies prescribed by 28 U.S.C. § 2675 by timely presenting the Federal Tort Claims Act ("FTCA") claims to the appropriate agencies of the United States on January 28, 2021. In a letter dated August 10, 2021, on behalf of United States Customs and Border Protection, the Deputy Chief of the U.S. Border Patrol denied the claim in full.

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(e)(1)(B), because this is the judicial district in which the events and omissions giving rise to the claims occurred.

## PARTIES

5. Plaintiff Wilmer Elias Mendoza Garcia is a 38-year-old resident of Maryland.

6. Defendant United States of America is a sovereign nation that has waived its sovereign immunity for the claims that Plaintiff asserts against it. At all relevant times, Defendant United States was the government entity that controlled, directed, and otherwise oversaw United States Customs and Border Protection and the United States Border Patrol, and employed the law enforcement officers who were acting under color of law and within the course and scope of their employment with respect to the conduct about which Plaintiff complains.

## FACTS

7. On February 3, 2019, Mr. Mendoza entered the United States and was apprehended by officers of the United States Border Patrol ("USBP") and/or United States Customs and Border Protection ("CBP"), who took him to the Chula Vista Border Patrol Station or a nearby immigration facility in San Diego County.

8. About two days later, on or around February 5, 2019, two immigration officers employed by USBP or CBP whose true names are unknown to Plaintiff (hereinafter "Officer 1" and "Officer 2"), were searching detainees, having them place

their hands on a wall and spread their legs apart.

9. Mr. Mendoza was approximately the fifth detainee searched. At the time, Mr. Mendoza was healing from a previous fracture that resulted in a metal plate and seven nails in his right ankle. He placed his hands on the wall and spread his legs apart.

10. Officer 1, a Caucasian male with a shaved head, pushed Mr. Mendoza against the wall and, without warning or justification, violently kicked his right ankle.

11. Mr. Mendoza recoiled from the wall and tensed up in excruciating pain as his ankle bled and throbbed.

12. Officer 1 told Mr. Mendoza to relax, but he could not as he continued to experience severe pain. Officer 1 then tackled Mr. Mendoza.

13. Without warning or justification, Officer 2 grabbed Mr. Mendoza's left arm around the wrist with one hand and Mr. Mendoza's left elbow with his other hand, and forcefully twisted Mr. Mendoza's arm. This caused Mr. Mendoza severe pain, as though Officer 2 were ripping Mr. Mendoza's arm from his shoulder.

14. Officer 1 grabbed Mr. Mendoza by his neck and jaw and forcefully lifted up. Mr. Mendoza felt severe pain around his jaw and cried out in despair.

15. Other officers yelled at Officer 1 to stop, and he dropped Mr. Mendoza causing his face and chest to hit the ground.

16. Officers 1 and 2 dug their knees into Mr. Mendoza's back and pressed down on him with their bodyweight, causing him severe pain. Officer 1 and 2 then handcuffed his hands behind his back, squeezing the handcuffs so tight around his wrists that it caused tremendous pain.

17. Bleeding from his ankle, mouth and hands, Mr. Mendoza was brought to a cold cell where he was left alone in extreme pain.

18. Throughout the encounter, Mr. Mendoza did not conduct himself in any manner that could be reasonably perceived as aggressive, violent, or threatening, or as an attempt to escape.

**DAMAGES**

19. As a direct and proximate result of the aforesaid acts, omissions, and decisions of the Defendant's employees, Plaintiff suffered and will continue to suffer great mental and physical pain, suffering, anguish, fright, nervousness, anxiety, shock, humiliation, indignity, embarrassment, and apprehension, which have caused Plaintiff to sustain damages in a sum to be determined at trial.

20. The employees of Defendant caused Plaintiff to suffer severe injuries and extreme pain to his left shoulder and arm, clavicle, both wrists, right ankle, jaw, chest, and back. These injuries have required repeated medical treatment, medication, and therapy. Some of the injuries caused by Defendant's employees have resulted in severe pain enduring for over two years.

## FIRST CAUSE OF ACTION

### Negligence (FTCA)

### (against Defendant United States of America)

21. Plaintiff repeats and re-alleges each allegation contained in paragraphs 1 through 20 of this complaint.

22. At all times relevant to this action, Officers 1 and 2 were federal employees acting within the scope of their employment as law enforcement officers for USBP and/or CBP, both of which are agencies of Defendant United States of America.

23. By the acts alleged above, the United States, by and through Officers 1 and 2, was negligent and breached its duty of due care owed to Plaintiff, thereby causing Plaintiff to suffer physical and emotional harm as set forth above, for which Plaintiff is entitled to monetary relief pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq*.

## SECOND CAUSE OF ACTION

**Battery (FTCA)**

**(against Defendant United States of America)**

24. Plaintiff repeats and re-alleges each allegation contained in paragraphs 1 through 23 of this complaint.

25. By the acts alleged above, particularly the acts of unreasonable force and violence used upon Plaintiff without his consent, the United States, by and through Officers 1 and 2, committed batteries upon Plaintiff, for which Plaintiff is entitled to monetary relief pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq.*

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter a judgment including:

    a. Actual, general, compensatory, and incidental damages in a sum in excess of the jurisdictional minimum of this Court;

    b. Special damages and expenses according to proof;

    c. Pre-judgment and post-judgment interest as allowed by law;

    d. Such other relief as the Court deems just and reasonable.

                                                Respectfully submitted,

Dated: February 8, 2022                */s/ Joseph M. McMullen*
                                                          JOSEPH M. McMULLEN
                                                          Attorney for Plaintiff
                                                          Email: Joe@jmm-legal.com

## DEMAND FOR TRIAL

Plaintiff respectfully demands a bench trial in this Court as to the First and Second Causes of Action against Defendant United States.

Respectfully submitted,

Dated: February 8, 2022

*/s/ Joseph M. McMullen*
JOSEPH M. McMULLEN
Attorney for Plaintiff
Email: Joe@jmm-legal.com